NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BETTER BAGS, INC.,**
*Plaintiff-Appellee,*

**v.**

**REDI BAG USA, LLC,**
*Defendant-Appellant.*

---

2013-1064

---

Appeal from the United States District Court for the Southern District of Texas in No. 09-CV-3093, Judge Keith P. Ellison.

---

## JUDGMENT

---

MIRANDA Y. JONES, Heim, Payne & Chorush LLP, of Houston, Texas, argued for plaintiff-appellee. Of counsel on the brief was ANASTASSIOS TRIANTAPHYLLIS, Triantaphyllis Law Firm, of Houston, Texas.

JOSEPH J. ZITO, DNL Zito, of Washington, DC, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2013            /s/ Daniel E. O'Toole
     Date                    Daniel E. O'Toole
                             Clerk